DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JESUS DE LA CRUZ-NAVA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1267

————————————————

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.